# Court of Appeals
# of the State of Georgia

ATLANTA,   May 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0958. LESTER v. THE STATE.**

This appeal was docketed on January 24, 2014. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal or request an extension of time in which to do so.

This Court granted appellant's request for an extension of time causing appellant's brief and enumeration of errors to be due on March 3, 2014. As of the date of this order, appellant has failed to file said brief and enumeration of errors.

Accordingly, this appeal is hereby DISMISSED. See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/20/2014
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*